UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE E. GEORGE,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN TRANS LLC, et al.,<br><br>Defendants. | No. 2:19-cv-2415 KJM DB PS<br><br><br><br>ORDER |

Plaintiff Lawrence George, proceeding pro se, commenced this action on December 2, 2019, by filing a complaint and paying the required filing fee. (ECF No. 1.) That same day plaintiff was served with a letter that advised plaintiff that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days after the complaint was filed. (ECF No. 3.)

More than 90 days have passed since plaintiff's complaint was filed and the docket does not reflect proof of service on, or the appearance of, any defendant. In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within twenty-eight days of the date of this order as to why this case should not be dismissed for lack of prosecution[1]; and

2. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: April 3, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.